UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
EUGENE DIVISION

In re: § Case No. 14-60031-tmr7
§
FOUR A'S RANCH INC. AN OREGON §
CORP §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Candace Amborn, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $82,750.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $947,566.33 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $141,146.67 | | |

3) Total gross receipts of $1,088,713.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,088,713.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,200,223.00 | $1,417,213.45 | $939,913.96 | $939,913.96 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $147,146.67 | $147,146.67 | $141,146.67 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $750,059.00 | $160,073.96 | $160,073.96 | $7,652.37 |
| **Total Disbursements** | $2,950,282.00 | $1,724,434.08 | $1,247,134.59 | $1,088,713.00 |

4). This case was originally filed under chapter 7 on 01/07/2014. The case was pending for 46 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/22/2017       By: /s/ Candace Amborn
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1000 ACRE RANCH AND 2ND GRAVEL PIT | 1110-000 | $800,000.00 |
| GRAVEL PIT - 162 ACRES @ 37815 MCCARTIE, BONANZA OR | 1110-000 | $275,000.00 |
| SAIF DISBURSEMENT OF DIVIDEND | 1229-000 | $1,213.00 |
| CLAIM AGAINST ROY HALL FOR FUNDS IN ESCROW | 1249-000 | $12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,088,713.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | ROCKY MOUNTAIN CONSTRUCTION LLC | 4110-000 | $630,223.00 | $477,299.49 | $0.00 | $0.00 |
| | DEPOSITS FROM SELLER | 4110-000 | $0.00 | ($284.00) | ($284.00) | ($284.00) |
| | LIEN HOLDER REPROP ENCUMBRANCE | 4110-000 | $0.00 | $707,460.92 | $707,460.92 | $707,460.92 |
| | LJ Properties, Inc, a CA corp. | 4110-000 | $260,000.00 | $0.00 | $0.00 | $0.00 |
| | Michael G. Tremblay, Trustee | 4110-000 | $450,000.00 | $0.00 | $0.00 | $0.00 |
| | Olympia Financial | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | PAYOFF LIEN HOLDER REPROP | 4110-000 | $0.00 | $232,737.04 | $232,737.04 | $232,737.04 |
| | ReProp Financial Mortgage Investors | 4110-000 | $860,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,200,223.00** | **$1,417,213.45** | **$939,913.96** | **$939,913.96** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Candace Amborn, Trustee | 2100-000 | NA | $55,911.39 | $55,911.39 | $49,911.39 |
| Candace Amborn, Trustee | 2200-000 | NA | $224.31 | $224.31 | $224.31 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $45.59 | $45.59 | $45.59 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $40.91 | $40.91 | $40.91 |
| CLOSING COSTS REAL PROPERTY | 2500-000 | NA | $2,588.00 | $2,588.00 | $2,588.00 |
| CLOSING COSTS RP | 2500-000 | NA | $3,190.00 | $3,190.00 | $3,190.00 |
| ASSOCIATED BANK | 2600-000 | NA | $2,680.83 | $2,680.83 | $2,680.83 |
| Integrity Bank | 2600-000 | NA | $551.13 | $551.13 | $551.13 |
| AMERITITLE | 2820-000 | NA | ($145.11) | ($145.11) | ($145.11) |
| PRORATED TAXES | 2820-000 | NA | ($41.04) | ($41.04) | ($41.04) |
| REAL PROPERTY AND MH TAXES | 2820-000 | NA | $1,281.09 | $1,281.09 | $1,281.09 |
| OREGON DEPARTMENT OF REVENUE | 2990-000 | NA | $750.00 | $750.00 | $750.00 |
| Gleaves Swearingen LLP, Attorney for Trustee | 3210-000 | NA | $2,110.00 | $2,110.00 | $2,110.00 |
| PHILLIP SCOTT MCCLEERY, Attorney for Trustee | 3210-000 | NA | $13,525.00 | $13,525.00 | $13,525.00 |
| Gleaves Swearingen LLP, Attorney for Trustee | 3220-000 | NA | $9.55 | $9.55 | $9.55 |
| PHILLIP SCOTT MCCLEERY, Attorney for Trustee | 3220-000 | NA | $82.55 | $82.55 | $82.55 |
| Accountant for Trustee | 3410-000 | NA | $1,287.00 | $1,287.00 | $1,287.00 |
| Accountant for Trustee | 3420-000 | NA | $55.47 | $55.47 | $55.47 |
| REAL ESTATE BROKER, Realtor for Trustee | 3510-000 | NA | $48,000.00 | $48,000.00 | $48,000.00 |
| REALTOR COMMISSION, Realtor for Trustee | 3510-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $147,146.67 | $147,146.67 | $141,146.67 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | ROBERT C MANNHEIM | 7100-000 | $70,000.00 | $70,949.00 | $70,949.00 | $3,391.73 |
| 2 | ADKINS CONSULTING ENGINEERING, LLP | 7100-000 | $6,780.00 | $7,597.96 | $7,597.96 | $363.22 |
| 3 | BOB BACON/SUMMIT REALTY | 7100-000 | $22,000.00 | $22,000.00 | $22,000.00 | $1,051.71 |
| 4 | GARY WILLIAMS | 7100-000 | $14,500.00 | $14,500.00 | $14,500.00 | $693.18 |
| 6 | JILL MUNN E.A. | 7100-000 | $20,840.00 | $20,840.00 | $20,840.00 | $996.27 |
| 7 | ARTHUR J MINKY LIVING TRUST | 7100-000 | $24,187.00 | $24,187.00 | $24,187.00 | $1,156.26 |
| | Brad Aspell | 7100-000 | $3,344.00 | $0.00 | $0.00 | $0.00 |
| | Carl Asadurian | 7100-000 | $588,408.00 | $0.00 | $0.00 | $0.00 |
| | Cascade Aggregate Resources LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Summit Realty | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $750,059.00 | $160,073.96 | $160,073.96 | $7,652.37 |

| Case No.: | 14-60031-TMR | Trustee Name: | Candace Amborn |
|---|---|---|---|
| Case Name: | FOUR A'S RANCH INC. AN OREGON CORP | Date Filed (f) or Converted (c): | 01/07/2014 (f) |
| For the Period Ending: | 11/22/2017 | §341(a) Meeting Date: | 02/04/2014 |
| | | Claims Bar Date: | 05/08/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | GRAVEL PIT - 162 ACRES@ 37815 MCCARTIE, BONANZA OR | $350,000.00 | $42,588.04 | | $275,000.00 | FA |
| Asset Notes: | Parcel 1 | | | | | |
| 2 | 1000 ACRE RANCH AND 2ND GRAVEL PIT | $1,000,000.00 | $800,000.00 | | $800,000.00 | FA |
| Asset Notes: | 37815 McCartie Bonanza, OR 97623-Parcels 2 & 3  LJ Properties: $260k (paid, preference)  Tremblay $450k (owed, taken 12/30/13) but may not be secured on the property. | | | | | |
| 3 | STERLING BANK | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | HOUSEHOLD GOODS | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 5 | MACK TRUCK | $2,500.00 | $0.00 | | $0.00 | FA |
| 6 | FLATBED SEMI TRAILER | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | BELLY DUMP SEMI TRAILER | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | CATTLE TRAILER | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | TRENCHER | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 10 | CATTLE FEEDERS | $1,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 11 | WATER TUBS | $4,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 12 | WHEELINES IN FIELDS | $2,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 13 | CATTLE SQUEEZE | $5,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 14 | CATTLE SCALE | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 15 | WELL PUMP | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 16 | 2 FUEL TANKS | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |

| Case No.: | 14-60031-TMR | | Trustee Name: | Candace Amborn |
|---|---|---|---|---|
| Case Name: | FOUR A'S RANCH INC. AN OREGON CORP | | Date Filed (f) or Converted (c): | 01/07/2014 (f) |
| For the Period Ending: | 11/22/2017 | | §341(a) Meeting Date: | 02/04/2014 |
| | | | Claims Bar Date: | 05/08/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | CARPORT | $750.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 18 | AIR COMPRESSOR | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 19 | DECORATIVE TRACTOR | $1,000.00 | $0.00 | | $0.00 | FA |
| 20 | HEATER IN SHOP | $2,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 21 | BIG SAW, FLOOR JACK, ETC | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Included in sale of RP | | | | | |
| 22 | CLAIM AGAINST ROY HALL FOR FUNDS IN ESCROW (u) | $25,000.00 | $25,000.00 | | $12,500.00 | FA |
| Asset Notes: | Jeff Hedlund reps Hall. | | | | | |
| 23 | SAIF DISBURSEMENT OF DIVIDEND (u) | $0.00 | $1,213.00 | | $1,213.00 | FA |
| Asset Notes: | from 2013 policy | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $1,457,750.00 | $868,801.04 | | $1,088,713.00 | $0.00 |

**Major Activities affecting case closing:**

12/05/2016    Real Property; Attorney working in settlement

| Initial Projected Date Of Final Report (TFR): | 02/01/2016 | Current Projected Date Of Final Report (TFR): | 07/01/2017 | /s/ CANDACE AMBORN |
|---|---|---|---|---|
| | | | | CANDACE AMBORN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1  Exhibit 9

| Case No. | 14-60031-TMR | Trustee Name: | Candace Amborn |
|---|---|---|---|
| Case Name: | FOUR A'S RANCH INC. AN OREGON CORP | Bank Name: | ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***1896 | Checking Acct #: | ******3863 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 1/7/2014 | Blanket bond (per case limit): | $63,926,457.00 |
| For Period Ending: | 11/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/29/2014 | | AMERITITLE | SALE OF REAL PROPERTY 162 ACRES | * | $25,000.00 | | $25,000.00 |
| | { 1} | | GRAVEL PIT AND MINED AGGREGATE  $275,000.00 | 1110-000 | | | $25,000.00 |
| | | | PAYOFF LIEN HOLDER REPROP  $(232,737.04) | 4110-000 | | | $25,000.00 |
| | | | CLOSING COSTS REAL PROPERTY  $(2,588.00) | 2500-000 | | | $25,000.00 |
| | | | REALTOR COMMISSION  $(15,000.00) | 3510-000 | | | $25,000.00 |
| | | | PRORATED TAXES  $41.04 | 2820-000 | | | $25,000.00 |
| | | | DEPOSITS FROM SELLER  $284.00 | 4110-000 | | | $25,000.00 |
| 07/08/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $34.76 | $24,965.24 |
| 08/07/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.12 | $24,928.12 |
| 08/14/2014 | | AMERITITLE | RP PROCEEDS 1000 ACRE RANCH | * | $40,067.99 | | $64,996.11 |
| | { 2} | | SALE OF RP  $800,000.00 | 1110-000 | | | $64,996.11 |
| | | | REAL ESTATE BROKER  $(48,000.00) | 3510-000 | | | $64,996.11 |
| | | | REAL PROPERTY AND MH TAXES  $(1,281.09) | 2820-000 | | | $64,996.11 |
| | | | LIEN HOLDER REPROP ENCUMBRANCE  $(707,460.92) | 4110-000 | | | $64,996.11 |
| | | | CLOSING COSTS RP  $(3,190.00) | 2500-000 | | | $64,996.11 |
| 09/04/2014 | | AMERITITLE | refund of farm use disqualification | 2820-000 | | ($145.11) | $65,141.22 |
| 09/08/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $69.72 | $65,071.50 |
| 10/07/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $93.59 | $64,977.91 |
| 11/07/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $96.60 | $64,881.31 |
| 12/05/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $93.35 | $64,787.96 |
| 01/08/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $96.31 | $64,691.65 |
| 02/06/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $96.18 | $64,595.47 |
| 03/06/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $86.74 | $64,508.73 |
| 03/18/2015 | 10000 | INTERNATIONAL SURETIES, LTD | Bond # 016027975 4/4/15-4/4/16 | 2300-000 | | $45.59 | $64,463.14 |
| 04/07/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.88 | $64,367.26 |
| 05/07/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $92.61 | $64,274.65 |
| 06/05/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.56 | $64,179.09 |
| | | | SUBTOTALS | | $65,067.99 | $888.90 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-60031-TMR | | Trustee Name: | Candace Amborn |
|---|---|---|---|---|
| Case Name: | FOUR A'S RANCH INC. AN OREGON CORP | | Bank Name: | ASSOCIATED BANK |
| Primary Taxpayer ID #: | **-***1896 | | Checking Acct #: | ******3863 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 1/7/2014 | | Blanket bond (per case limit): | $63,926,457.00 |
| For Period Ending: | 11/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/07/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $92.33 | $64,086.76 |
| 08/07/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.28 | $63,991.48 |
| 09/08/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.14 | $63,896.34 |
| 10/07/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $91.94 | $63,804.40 |
| 10/20/2015 | ( 23) | SAIF CORPORATION | Payment of Dividend | 1229-000 | $1,213.00 | | $65,017.40 |
| 11/06/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.50 | $64,921.90 |
| 12/07/2015 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $93.40 | $64,828.50 |
| 01/08/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $96.38 | $64,732.12 |
| 02/05/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $96.24 | $64,635.88 |
| 03/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $89.89 | $64,545.99 |
| 04/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.96 | $64,450.03 |
| 05/06/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $92.73 | $64,357.30 |
| 06/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.68 | $64,261.62 |
| 07/08/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $92.46 | $64,169.16 |
| 08/05/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.41 | $64,073.75 |
| 09/08/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $95.25 | $63,978.50 |
| 10/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $92.06 | $63,886.44 |
| 11/07/2016 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $94.98 | $63,791.46 |
| 12/07/2016 | | ASSOCIATED BANK | Bank Service Fee | 2600-000 | | $91.78 | $63,699.68 |
| 12/07/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $63,699.68 | $0.00 |

| | | SUBTOTALS | $1,213.00 | $65,392.09 |
|---|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3  Exhibit 9

| | |
|---|---|
| **Case No.** | 14-60031-TMR |
| **Case Name:** | FOUR A'S RANCH INC. AN OREGON CORP |
| **Primary Taxpayer ID #:** | **-***1896 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 1/7/2014 |
| **For Period Ending:** | 11/22/2017 |

| | |
|---|---|
| **Trustee Name:** | Candace Amborn |
| **Bank Name:** | ASSOCIATED BANK |
| **Checking Acct #:** | ******3863 |
| **Account Title:** | Checking Account (Non-Interest Earn |
| **Blanket bond (per case limit):** | $63,926,457.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $66,280.99 | $66,280.99 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $63,699.68 | |
| | | **Subtotal** | | $66,280.99 | $2,581.31 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $66,280.99 | $2,581.31 | |

**For the period of 1/7/2014 to 11/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,076,213.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,076,213.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,012,513.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,012,513.32 |
| Total Internal/Transfer Disbursements: | $63,699.68 |

**For the entire history of the account between 05/30/2014 to 11/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,076,213.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,076,213.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,012,513.32 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,012,513.32 |
| Total Internal/Transfer Disbursements: | $63,699.68 |

| Case No. | 14-60031-TMR | | Trustee Name: | Candace Amborn |
|---|---|---|---|---|
| Case Name: | FOUR A'S RANCH INC. AN OREGON CORP | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1896 | | Checking Acct #: | ******0031 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/7/2014 | | Blanket bond (per case limit): | $63,926,457.00 |
| For Period Ending: | 11/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2016 | | ASSOCIATED BANK | Transfer Funds | 9999-000 | $63,699.68 | | $63,699.68 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $82.86 | $63,616.82 |
| 01/09/2017 | (22) | Amerititle | Settlement Funds | 1249-000 | $12,500.00 | | $76,116.82 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $116.92 | $75,999.90 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $110.72 | $75,889.18 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $122.41 | $75,766.77 |
| 04/06/2017 | 5001 | INTERNATIONAL SURETIES, LTD. | Chapter 7 Blanket Bond Payment 2017-2018 | 2300-000 | | $40.91 | $75,725.86 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $118.22 | $75,607.64 |
| 05/10/2017 | 5002 | DAVID REKDAHL | Per Order dated 5/5/17 | * | | $1,342.47 | $74,265.17 |
| | | | | $(1,287.00) | 3410-000 | | $74,265.17 |
| | | | | $(55.47) | 3420-000 | | $74,265.17 |
| 05/17/2017 | 5003 | OREGON DEPARTMENT OF REVENUE | 2013 FORM OR-20-V | 2990-000 | | $150.00 | $74,115.17 |
| 05/17/2017 | 5004 | OREGON DEPARTMENT OF REVENUE | 2014 FORM OR-20-V | 2990-000 | | $150.00 | $73,965.17 |
| 05/17/2017 | 5005 | OREGON DEPARTMENT OF REVENUE | 2015 FORM OR-20-V | 2990-000 | | $150.00 | $73,815.17 |
| 05/17/2017 | 5006 | OREGON DEPARTMENT OF REVENUE | 2016 FORM OR-20-V | 2990-000 | | $150.00 | $73,665.17 |
| 05/17/2017 | 5007 | OREGON DEPARTMENT OF REVENUE | 2017 FORM OR-20-V | 2990-000 | | $150.00 | $73,515.17 |
| 08/24/2017 | 5008 | Gleaves Swearingen LLP | Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $9.55 | $73,505.62 |
| 08/24/2017 | 5009 | PHILLIP SCOTT MCCLEERY | Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $82.55 | $73,423.07 |
| 08/24/2017 | 5010 | Gleaves Swearingen LLP | Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $2,110.00 | $71,313.07 |
| 08/24/2017 | 5011 | PHILLIP SCOTT MCCLEERY | Claim #: ; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $13,525.00 | $57,788.07 |
| 08/24/2017 | 5012 | Candace Amborn | Trustee Compensation | 2100-000 | | $49,911.39 | $7,876.68 |
| 08/24/2017 | 5013 | Candace Amborn | Trustee Expenses | 2200-000 | | $224.31 | $7,652.37 |
| 08/24/2017 | 5014 | ROBERT C MANNHEIM | Claim #: 1; Distribution Dividend: 4.78; Account Number: ; | 7100-000 | | $3,391.73 | $4,260.64 |
| | | | SUBTOTALS | | $76,199.68 | $71,939.04 | |

| Case No. | 14-60031-TMR | | Trustee Name: | Candace Amborn |
|---|---|---|---|---|
| Case Name: | FOUR A'S RANCH INC. AN OREGON CORP | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1896 | | Checking Acct #: | ******0031 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/7/2014 | | Blanket bond (per case limit): | $63,926,457.00 |
| For Period Ending: | 11/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/24/2017 | 5015 | ADKINS CONSULTING ENGINEERING, LLP | Claim #: 2; Distribution Dividend: 4.78; Account Number: 1884; | 7100-000 | | $363.22 | $3,897.42 |
| 08/24/2017 | 5016 | BOB BACON/SUMMIT REALTY | Claim #: 3; Distribution Dividend: 4.78; Account Number: 7817; | 7100-000 | | $1,051.71 | $2,845.71 |
| 08/24/2017 | 5017 | GARY WILLIAMS | Claim #: 4; Distribution Dividend: 4.78; Account Number: 6914; | 7100-000 | | $693.18 | $2,152.53 |
| 08/24/2017 | 5018 | JILL MUNN E.A. | Claim #: 6; Distribution Dividend: 4.78; Account Number: ; | 7100-000 | | $996.27 | $1,156.26 |
| 08/24/2017 | 5019 | ARTHUR MINKY | Claim #: 7; Distribution Dividend: 4.78; Account Number: ; | 7100-000 | | $1,156.26 | $0.00 |
| 09/25/2017 | 5019 | VOID: ARTHUR MINKY | Voided because Arthur Minky is dead, reissuing the check to his living trust once claim is amended 9/23/17 | 7100-003 | | ($1,156.26) | $1,156.26 |
| 10/02/2017 | 5020 | ARTHUR J MINKY LIVING TRUST | REISSUE OF DISTRIBUTION CHECK #5019 | 7100-000 | | $1,156.26 | $0.00 |
| | | | TOTALS: | | $76,199.68 | $76,199.68 | $0.00 |
| | | | Less: Bank transfers/CDs | | $63,699.68 | $0.00 | |
| | | | Subtotal | | $12,500.00 | $76,199.68 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $12,500.00 | $76,199.68 | |

**For the period of 1/7/2014 to 11/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $12,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.00 |
| Total Internal/Transfer Receipts: | $63,699.68 |
| | |
| Total Compensable Disbursements: | $76,199.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $76,199.68 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/08/2016 to 11/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $12,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,500.00 |
| Total Internal/Transfer Receipts: | $63,699.68 |
| | |
| Total Compensable Disbursements: | $76,199.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $76,199.68 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-60031-TMR | Trustee Name: | Candace Amborn |
|---|---|---|---|
| Case Name: | FOUR A'S RANCH INC. AN OREGON CORP | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1896 | Checking Acct #: | ******0031 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/7/2014 | Blanket bond (per case limit): | $63,926,457.00 |
| For Period Ending: | 11/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $78,780.99 | $78,780.99 | $0.00 |

**For the period of 1/7/2014 to 11/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,088,713.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,088,713.00 |
| Total Internal/Transfer Receipts: | $63,699.68 |
| | |
| Total Compensable Disbursements: | $1,088,713.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,088,713.00 |
| Total Internal/Transfer Disbursements: | $63,699.68 |

**For the entire history of the case between 01/07/2014 to 11/22/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,088,713.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,088,713.00 |
| Total Internal/Transfer Receipts: | $63,699.68 |
| | |
| Total Compensable Disbursements: | $1,088,713.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,088,713.00 |
| Total Internal/Transfer Disbursements: | $63,699.68 |

/s/ CANDACE AMBORN

CANDACE AMBORN